USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/2/2025__

**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

October 1, 2025

**VIA ECF**

Hon. Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

Re: Cutler v. Hansa Technology Company Inc., No. 1:25-cv-05223-AT

Your Honor:

      We represent Defendant Hansa Technology Company Inc. ("Defendant") in the above-referenced matter. Defendant hereby submits this letter to respectfully request a stay of discovery pending the Court's decision on Defendant's Motion to Dismiss the Amended Complaint in its entirety, pursuant to Fed. Rule of Civ. Proc. § 12(b)(6), dated October 1, 2025 (ECF Doc. 21-22) (the "Motion"). Plaintiff consents to this request.

      Neither party will be prejudiced by the stay of discovery pending the Motion as the case is in its early stage and no discovery requests have been served.

Respectfully submitted,

/s/ Samantha L. Frenchman

Samantha L. Frenchman

Cc: All Counsel of Record (via ECF)

DENIED.

SO ORDERED.

Dated: October 2, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge