PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026

June 24, 2026

**VIA ECF**

Hon. Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

RE:   Cutler v. Hansa Technology Company Inc., No. 1:25-cv-05223-AT

Your Honor:

We represent Defendant Hansa Technology Company Inc. ("Defendant") in the above-referenced matter. We write pursuant to Rules I(B) and I(C) of Your Honor's Individual Practices in Civil Cases to respectfully request an extension of time from June 29, 2026 through and including July 17, 2026 to file a pre-motion letter concerning Defendant's anticipated motion for summary judgment.

Defendant requests this extension because Plaintiff produced one deposition transcript on June 22, 2026, and another deposition transcript remains outstanding. Defendant requires additional time to review the transcripts and prepare its Rule 56.1 Statement, which Defendant intends to provide to Plaintiff on or before July 9, 2026. The requested extension will also afford Plaintiff additional time to prepare his responsive Rule 56.1 Statement, which Defendant understands it is required to file together with the pre-motion letter pursuant to Rule III(C)(iii) of Your Honor's Individual Practices.

This is Defendant's first request for an extension of this deadline. Plaintiff consents to this request. The requested extension does not affect any other deadlines.

We thank the Court for its courtesies.

Respectfully submitted,

/s/ Bryan Carr Olert
Bryan Carr Olert

GRANTED. Defendant's deadline to file a pre-motion letter for summary judgment is ADJOURNED to **July 17, 2026.**

SO ORDERED.

Dated: June 26, 2026
     New York, New York

_____
ANALISA TORRES
United States District Judge