USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

July 14, 2026

**VIA ECF**

Hon. Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

RE: Cutler v. Hansa Technology Company Inc., No. 1:25-cv-05223-AT

Your Honor:

We represent Defendant Hansa Technology Company Inc. ("Defendant") in the above-referenced matter. We write jointly with counsel for Plaintiff Benjamin G. Cutler ("Plaintiff") to respectfully request an adjournment *sine die* of the Case Management Conference currently scheduled for July 20, 2026 at 12:00 PM, in light of the Court's Order dated July 13, 2026 [Dkt. 41] granting Defendant's motion to dismiss and directing Plaintiff to amend his Complaint by August 3, 2026, and given that there is currently no operative complaint in this matter.

The parties also respectfully request an extension *sine die* of all outstanding deadlines, including the July 17, 2026 deadline for Defendant to file a pre-motion letter concerning Defendant's anticipated motion for summary judgment. [Dkt 39]. The parties propose that, should the Court allow Plaintiff to proceed with his amended Complaint, the parties will confer and propose new deadlines.

Respectfully submitted,

/s/ Bryan Carr Olert
Bryan Carr Olert

Cc: All counsel of record (via ECF)

GRANTED. In light of the Court's order granting Defendant's motion to dismiss, Defendant's deadline to file a pre-motion letter seeking leave to file a motion for summary judgment and the case management conference scheduled for July 20, 2026 are each ADJOURNED *sine die*.

SO ORDERED.

Dated: July 14, 2026
New York, New York

ANALISA TORRES
United States District Judge