USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: _8/6/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN G. CUTLER,

Plaintiff,

-against-

HANSA TECHNOLOGY COMPANY INC.,

Defendant.

25 Civ. 5223 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On July 13, 2026, the Court granted Defendant's motion to dismiss Plaintiff's complaint with leave to amend by August 3, 2026. *See* ECF No. 41 at 7–8. Plaintiff did not file an amended complaint. If Plaintiff does not file an amended complaint by **August 13, 2026**, the Court will dismiss the action, enter judgment for Defendant, and close the case.

SO ORDERED.

Dated: August 6, 2026
New York, New York

ANALISA TORRES
United States District Judge