USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN G. CUTLER,

Plaintiff,

-against-

HANSA TECHNOLOGY COMPANY INC.,

Defendant.

25 Civ. 5223 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

The Court has been advised that all claims asserted herein have been settled in principle. ECF No. 45. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action by **September 14, 2026,** if the settlement is not consummated.

Any application to reopen must be filed by **September 14, 2026**; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by that **same date** to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: August 10, 2026
New York, New York

ANALISA TORRES
United States District Judge